AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| FRANCINE HANCOCK, aka, FRANCINE COLLORO <br><br> *Plaintiff(s)* <br> v. <br> BEAUTY FASHION SALES GROUP INC., LINDSAY CRAMES SAVILLE, aka, LINDSAY CRAMES, aka, LINDAY SAVILLE <br><br> *Defendant(s)* | Civil Action No. 24-3921 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LINDSAY CRAMES SAVILLE
1217 Granada Boulevard
Coral Gables, Florida 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bridget Butler,
Law Office of Bridget Butler, Esq.
757 Third Avenue, 20th Floor
New York, New York 10128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 22, 2024         /S/ S. James
                           *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| FRANCINE HANCOCK, aka, FRANCINE COLLORO <br><br> *Plaintiff(s)* <br> v. <br> BEAUTY FASHION SALES GROUP INC., LINDSAY CRAMES SAVILLE, aka, LINDSAY CRAMES, aka, LINDAY SAVILLE <br><br> *Defendant(s)* | Civil Action No. 24-3921 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BEAUTY FASHION SALES GROUP
c/o United States Corporation Agents Inc.
7014 13th Avenue
Suite 202
Brooklyn, New York 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bridget Butler,
Law Office of Bridget Butler, Esq.
757 Third Avenue, 20th Floor
New York, New York 10128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                         *Signature of Clerk or Deputy Clerk*