**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

FRANCINE HANCOCK, a/k/a,
FRANCINE COLLORO,

Plaintiff,

-against-

24 **CIVIL** 3921 (MKV)

# JUDGMENT

BEAUTY FASHION SALES GROUP INC.,
LINDSAY CRAMES SAVILLE, a/k/a,
LINDSAY CRAMES, a/k/a LINDSAY SAVILLE,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 28, 2026, Plaintiff's Second Amended Complaint is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

September 1, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**